## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 | **DATE** | 5/21/2008 |
| **CASE TITLE** | USA vs. Beny Garneata, et al. | | |

**DOCKET ENTRY TEXT**

Enter order sealing complaint, affidavit supporting complaint and arrest warrants. Government's motion to amend order to seal criminal complaint, affidavit and arrest warrants is granted. It is hereby ordered that the complaint, affidavit in support of the complaint, arrest warrant and this motion shall be sealed until 11/20/2008, or until the time that Beny Garneata and any of the other defendants is arrested, or until further order of this court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|