UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 398 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| BENY GARNEATA, | ) | |
| DUMITRU CURESCU, | ) | |
| LAVINIA CURESCU, | ) | |
| TEOFIL SCORTE, | ) | |
| WILLIAM WELLHAUSEN, | ) | |
| VASILE FOFIU and | ) | |
| MARIO OLIVELLA | ) | |

**NOTICE OF MOTION**

To:

| | |
|---|---|
| Sean M. Berkowitz<br>Latham & Watkins, LLP Sears Tower<br>233 S. Wacker Dr., Ste. 5800<br>Chicago, IL 60606 | Richard S. Kling<br>Chicago-Kent College of Law<br>565 W. Adams St.<br>Chicago, IL 60661 |
| Ellen R. Domph<br>Law Offices of Ellen R. Domph<br>53 W. Jackson Blvd.<br>Chicago, IL 60604 | Keri A. Ambrosio<br>53 W. Jackson Blvd., Ste. 1220<br>Chicago, IL 60604 |
| Keith J. Scherer<br>6585 N. Avondale Ave.<br>Chicago, IL 60631 | Patrick E. Boyle<br>155 N. Michigan Ave., Ste. 562<br>Chicago, IL 60601 |
| Daniel Q. Herbert<br>Law Offices of Daniel Q. Herbert<br>1412 W. Washington Blvd.<br>Chicago, IL 60607 | |

PLEASE TAKE NOTICE that on **Tuesday, June 3, 2008, at 10:30 a. m.**, or as soon thereafter as counsel may be heard, I will appear before Judge Martin C. Ashman in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**, at which time and place you may appear if you see fit.

Dated: May 29, 2008

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

By:    s/ Christina Egan
        CHRISTINA EGAN
        Assistant United States Attorney
        219 S. Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-4095

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

### NOTICE OF MOTION

were served on May 29, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/ Christina Egan
CHRISTINA EGAN
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4095