IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | No. 08 CR 398 |
| | ) | Hon. Martin C. Ashman |
| BENY GARNEATA, et al. | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW

NOW COMES the defendant, Beny Garneata, by and through his attorney, Ross M. Eagle, and requests leave for Mr. Eagle to withdraw as counsel for him. In support, defendant states as follows:

1. Ross M. Eagle filed his appearance on behalf of Beny Garneata on May 22, 2008 at Mr. Garneata's initial appearance.

2. Mr. Garneata no longer wishes Mr. Eagle to represent him in this cause.

3. Mr. Garneata has retained the services of Latham & Watkins LLP and Deborah L. Steiner filed her appearance on behalf of Mr. Garneata on June 2, 2008.

WHEREFORE, Defendant Beny Garneata respectfully requests this Honorable Court grant leave to Ross M. Eagle to withdraw as his attorney.

                                                  Respectfully submitted,

                                                  s/Ross M. Eagle
                                                  _____
                                                  Ross M. Eagle

JESTER, KENWORTHY & EAGLE LLC
Attorneys at Law
53 West Jackson Boulevard
Suite 1324
Chicago, Illinois 60604

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 398 |
| | ) | Hon. Martin C. Ashman |
| BENY GARNEATA    , | ) | |
|     Defendant. | ) | |

**NOTICE OF FILING AND PROOF OF SERVICE**

To:  Christina Egan & Juliet Sorensen
    United States Attorney Office
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

    Please be advised that on June 9, 2008, I caused to be filed with the Clerk of the Circuit Court for the Northern District of Illinois, Defendant Beny Garneata's Motion to Withdraw, a copy of which is hereby served upon you.

    /s Ross M. Eagle
    _____
    Ross M. Eagle

JESTER, KENWORTHY & EAGLE LLC
Attorneys at Law
53 West Jackson Boulevard
Suite 1324
Chicago, Illinois 60604
312-435-9901

**CERTIFICATE OF SERVICE**

I, Ross M. Eagle, an attorney, certify that I served a copy of the above notice, together with copies of all Motions listed upon the parties named above via electronic delivery pursuant to court rules on electronic filing on June 9, 2008.

    /s/ Ross M. Eagle
    _____
    Ross M. Eagle