IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|         Plaintiff,        ) | |
|        ) | |
| vs.        ) | No. 08 CR 398 |
|        ) | Hon. Martin C. Ashman |
| BENY GARNEATA    ,        ) | |
|         Defendant.        ) | |

**NOTICE OF MOTION AND PROOF OF SERVICE**

To:   Christina Egan & Juliet Sorensen
       United States Attorney Office
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604

       Please be advised that on June 11, 2008 at 1:30 p.m. I shall appear before the Honorable Magistrate Judge Martin C. Ashman and present for hearing defendant Beny Garneata's Motion to Withdraw, a copy of which has been previously filed and served upon you..

                                                                /s Ross M. Eagle
                                                                _____
                                                                Ross M. Eagle

JESTER, KENWORTHY & EAGLE LLC
Attorneys at Law
53 West Jackson Boulevard
Suite 1324
Chicago, Illinois 60604
312-435-9901

**CERTIFICATE OF SERVICE**

I, Ross M. Eagle, an attorney, certify that I served a copy of the above notice, together with copies of all Motions listed upon the parties named above via electronic delivery pursuant to court rules on electronic filing on June 9, 2008.

                                                                /s/ Ross M. Eagle
                                                                _____
                                                                Ross M. Eagle