UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 08 CR 398 |
| BENY GARNEATA, et al. | ) |
| | ) Hon. Martin C. Ashman |
| | ) |

**BENY GARNEATA'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUTSIDE OF ILLINOIS**

Now comes defendant Beny Garneata and respectfully requests this Court's permission to travel outside the State of Illinois for family vacations. Defendant Garneata also requests that the Court lift his restriction on travel outside of Illinois. In support of his motion, Mr. Garneata states as follows:

1. Beny Garneata was released on bond on May 22, 2008.

2. Beny Garneata and his family desire to travel to Miami and Hallandale, Florida from June 27-30, 2008, to Springfield, Missouri from July 3-6, 2008, and to Raleigh, North Carolina from July 18-20, 2008.

3. Beny Garneata has agreed to provide Pretrial Services with specific dates, locations, and contact information during each of his trips.

4. The Government and Pretrial Services have indicated that they do not object to this request.

5. Pretrial Services Officer ("Pretrial") Stephanie Norwood suggested that Defendant Garneata's bond travel restrictions be lifted to allow travel within the continental United States without seeking Court approval, provided he gives a detailed itinerary to Pretrial and the Government at least a week in advance of any trip. The Government has indicated they do not object to this modification to the bond agreement.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

WHEREFORE, Beny Garneata requests permission of the Court to travel outside the State of Illinois on the above dates and to the above locations. Defendant Garneata also requests that his bond be modified to allow travel within the continental United States upon notice to Pretrial Services and the Government.

        s/Deborah L. Steiner
Sean M. Berkowitz
Deborah L. Steiner
LATHAM & WATKINS LLP
Sears Tower
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606-6401
(312) 876-7700

Attorneys for Defendant