UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>BENY GARNEATA, et al.    )<br>)<br>)<br>) | No. 08 CR 398<br><br>Hon. Martin C. Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 24, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Martin C. Ashman, or any judge sitting in his stead, in Room 1386 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present the attached UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUTSIDE OF ILLINOIS, copies of which are being filed with the Clerk of Court today and of which are hereby served on you.

Dated: June 18, 2008

Respectfully submitted,

/s/ Deborah L. Steiner
One of the Attorneys of record for
Defendant Garneata

Sean Berkowitz
Deborah L. Steiner
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
(312) 876-7700

## CERTIFICATE OF SERVICE

I, Deborah L. Steiner, certify that I caused a copy of the NOTICE OF MOTION and BENY GARNEATA'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUTSIDE OF ILLINOIS to be served by ECF on the attorneys of record.

/s/ Deborah L. Steiner
Deborah L. Steiner
One of the Attorneys for Beny Garneata
