## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 1 | **DATE** | 6/20/2008 |
| **CASE TITLE** | USA vs. Beny Garneata | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion for permission to travel outside of Illinois [71] is granted. Defendant Beny Garneata is given permission of the court to travel outside the State of Illinois to travel to Miami and Hallandale, Florida from 6/27/2008 to 6/30/2008, to Springfield, Missouri from 7/3/2008 to 7/6/2008, and to Raleigh, North Carolina from 7/18/2008 to 7/20/2008. Defendant Garneata's bond is modified to allow travel within the continental United States upon notice to Pretrial Services and the Government.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|