## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Beny Garneata, et al | | |

**DOCKET ENTRY TEXT**

Arraignment date is vacated. As the assigned judge advised counsel in open court this morning, he intends to recuse himself if Thomas Breen is serving as counsel for a defendant in the case. Mr. Breen currently has an appearance on file as one of two lawyers for one of the defendants, but he was not present in court this morning. Mr. Breen is directed to advise in writing by no later than 8/29/08 whether he intends to remain as counsel of record in the case. If the Court hears nothing by that date, it will assume that Mr. Breen will remain as counsel of record.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|